**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE. NO. 26-20053-CR-WILLIAMS**

**UNITED STATES OF AMERICA**

**vs.**

**JACOB ISRAEL,**
**a/k/a "Gaston H. Orasmy,"**

**Defendant.**
______________________________________/

## FACTUAL PROFFER

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the defendant Jacob Israel (hereinafter "the Defendant"), are sufficient to prove the guilt of the Defendant as to the sole count of the Information.

Beginning at least as early as in or around June 2020, and continuing through in or around July 2021, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the Defendant did knowingly and willfully combine, conspire, confederate, and agree with other persons known to the United States Attorney to commit certain offenses against the United States, in violation of Title 18, United States Code, Section 1956, that is: to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the transaction represented the proceeds of some form of unlawful activity and with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and to knowingly conduct and attempt to conduct a

financial transaction affecting interstate and foreign commerce, which transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the transaction represented the proceeds of some form of unlawful activity and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), all in violation of Title 18, United States Code, Section 1956(h). Additionally, the specified unlawful activity involved the federal violations listed within the Information, specifically, wire fraud, in violation of Title 18, United States Code, Section 1343; conspiracy to provide material support and resources to a conspiracy to kidnap or kill a person outside the United States resulting in death, in violation of Title 18, United States Code, Section 956 and 2339A(a); and smuggling goods from the United States, in violation of Title 18, United States Code, Section 554.

Law enforcement's investigation, which has been spearheaded by the FBI, has consisted of witness interviews, public records checks, law enforcement surveillance, search warrant and grand jury subpoena results, forensic cell phone analysis, interviews with various cooperating co-conspirators ("CCs"), reviews of various banking, financial, and business records and documents, and other investigative techniques.

During the charged conspiracy, the Defendant, a U.S. citizen and South Florida resident, purported to be a real estate financier, investor, and developer. The Defendant and his co-conspirators fraudulently obtained and utilized small business loans under the Coronavirus Aid, Relief, and Economic Security Act's Paycheck Protection Program ("PPP") and Economic Injury Disaster Loan Program ("EIDL"). In violation of PPP and EIDL loan requirements that proceeds

were required to only be used by the businesses on certain permissible expenses - such as payroll costs, sick leave, production costs, and mortgage, rent, and utility payments - the Defendant and his co-conspirators laundered the proceeds in furtherance of the PPP and EIDL fraud scheme and to promote, plan, organize, direct, fund, and solicit funding and support for the overthrow and July 7, 2021, assassination of President Jovenel Moise ("President Moise") in Port-au-Prince, Haiti, and installation of a new Haitian government. The Defendant worked directly with co-conspirators Arcangel Pretel Ortiz ("Ortiz"), Antonio Intriago ("Intriago"), Walter Veintemilla ("Veintemilla"), James Junior Solages ("Solages"), and Christian Emmanuel Sanon ("Sanon") (hereinafter collectively "Haiti Assassination defendants"),[1] and with others including Keegan Harricharan ("Harricharan"),[2] Individual #1, Individual #2, Individual #3, and others, including their associated companies. Specifically, the Defendant was the listed manager for the South Florida companies Charis Equity Partners, LLC ("Charis Equity") and Charis & Arete, LLC ("Charis & Arete").

On or about June 16, 2020, Harricharan, with the assistance of the Defendant, utilized the South Florida company World Scientific Industrial and Medical Inc. ("World Scientific") and electronically applied for a PPP loan. On the PPP loan application, Harricharan falsely and fraudulently claimed 53 employees and $336,331 in monthly payroll for World Scientific. In fact,

---

[1] On February 13, 2024, a federal grand jury sitting in Miami, Florida, returned a multi-count superseding indictment, in case number 22-20104-CR-MARTINEZ/BECERRA, charging the Haiti Assassination Defendants with numerous violations relating to the July 7, 2021, assassination of President Moise.

[2] During February 2023, in case number 22-60173-CR-SMITH, Harricharan pleaded guilty to PPP fraud, in violation of 18 U.S.C. §§ 371 and 1343, as to World Scientific and was later sentenced to a term of imprisonment.

as Harricharan and the Defendant well knew, World Scientific did not have 53 employees or expend $336,331 in monthly payroll. On or about June 17, 2020, Harricharan, through World Scientific, received an electronic wire transfer for $840,827 in PPP loan proceeds at his bank account in the Southern District of Florida. The very next day, Harricharan utilized these PPP loan proceeds to obtain two (2) cashier's checks, in the amount of $126,124, as kickback payments to the Defendant and others.

On or about June 24, 2020, Individual #1 electronically applied for a $220,000 EIDL loan for a New York-based company. On the EIDL loan application, Individual #1 claimed zero employees and $120,036 in gross revenue for the company. From June 29, 2020, through July 5, 2020, Individual #1 received two (2) electronic wire transfers totaling $60,000 in EIDL loan disbursements at Individual #1's Bank of America ("BoA") xxx-8742 account in New York. On or about May 27, 2021, Individual #1, through the same company, received a final electronic wire transfer for $160,900 in EIDL loan proceeds at the BoA xxx-8742 account.

On or about July 22, 2020, Individual #2 electronically applied for a PPP loan for the South Florida company Blackberry Fashion Designer LLC ("Blackberry Fashion"). On the PPP loan application, Individual #2 falsely and fraudulently claimed 21 employees and $112,559 in monthly payroll for Blackberry Fashion. In fact, as Individual #2 well knew, Blackberry Fashion did not have 21 employees or expend $112,559 in monthly payroll. On or about July 22, 2020, Individual #2, through Blackberry Fashion, received an electronic wire transfer for $281,397 in PPP loan proceeds at Individual #2's bank account in the Southern District of Florida.

During February through April 2021, Ortiz and Intriago, through their associated companies based in Miami-Dade County, FL, agreed to support Sanon in his efforts to become

President of Haiti. On or about March 15, 2021, Individual #2 electronically applied for another PPP loan for Blackberry Fashion. On the PPP loan application, Individual #2 falsely and fraudulently claimed 21 employees and $113,736 in monthly payroll for Blackberry Fashion. In fact, as Individual #2 well knew, Blackberry Fashion did not have 21 employees or expend $113,736 in monthly payroll. On or about March 16, 2021, Individual #2, through Blackberry Fashion, received an electronic wire transfer for $284,340 in PPP loan proceeds at Individual #2's bank account in the Southern District of Florida.

On or about April 2, 2021, Veintemilla issued a letter pre-approving Sanon, "according to his financial, credit, and employment" for a $2.3 million loan. On or about April 7, 2021, the Defendant, Individual #3, the Haiti Assassination defendants, and other co-conspirators attended a meeting in Fort Lauderdale, FL. During the meeting, the co-conspirators discussed and confirmed plans to depose President Moise and install a new Haitian government. For his part, the Defendant, Veintemilla, Individual #3, and others agreed to fund the group's efforts by conducting or attempting to conduct financial transactions with money or property that the Defendant and his partners knew were the proceeds of some kind of unlawful activity.

On or about April 14, 2021, the Defendant sent a text message to Sanon confirming the Defendant's intent to raise the necessary funds to depose President Moise and install a new Haitian government ("I'm not resting until we find it.") On April 30, 2021, Veintemilla also extended a $175,000 line of credit for Sanon, Ortiz, and Intriago in furtherance of the coup plot. That same day, Veintemilla and Individual #3 engaged in the following text message exchange:

| | |
|---|---|
| Individual #3: | "I have money on the phone… 5 minutes" |
| Individual #3: | "We have 30k committed… Jacob [the Defendant] is working and so are we" |
| Veintemilla: | "We need minimum 100k" |

| | |
|---|---|
| Individual #3: | "Walt you know I know better than anyone." |
| Veintemilla: | "I know brother it's just what's coming out from here from the states department, doj and fbi" |
| Veintemilla: | "And I can see we are losing [sic] ground…" |
| Individual #3: | "Walt this is our second chance. We are going to make this happen" |
| Veintemilla: | "The credit cards will work just get as many as you can" |
| Individual #3: | "We are on it" |

From early on, the Haiti Assassination defendants and their co-conspirators also worked to recruit, fund, and transport 22 Colombian mercenaries from Colombia to Haiti to assist in their plot to depose President Moise. During April and May 2021, the Defendant, Haiti Assassination defendants, Individual #3, and other co-conspirators conducted additional meetings and discussed how to forcibly remove President Moise and install Sanon as President of Haiti. They also discussed how to acquire weapons, ammunition, and military equipment to facilitate the plan.

On or about May 10, 2021, the first small group of Colombian mercenaries arrived in Haiti, from Colombia, to begin reconnaissance, developing options for executing the planned coup, and providing personal security for Sanon. That same day, the Defendant texted Sanon: "[Individual #3] should have 20-25 by tomorrow by 2pm." In response, Sanon provided the Defendant with wire transfer instructions to a Haitian hotel where the Colombian mercenaries stayed through July 2021.

On May 17, 2021, Individual #1 sent a wire transfer, in the amount of $25,000, from Individual #1's personal BoA xxx-8742 account to Veintemilla at Wells Fargo account xxx-5086. The very next day, Veintemilla wired the same amount back to Individual #1 at BoA account xxx-8742. On May 18, 2021, Individual #1, at Individual #3's direction, again sent a wire transfer, in the amount of $25,000, to Harricharan's and Individual #3's South Florida company TNR Holding Group Inc.'s ("TNR Holding"). Text message evidence on May 18, 2021, between Veintemilla

and Individual #3 revealed that the $25,000 was Individual #3's kickback payment for Individual #1's EIDL loan ("“Walter I got this man 250 in ppp we charge 10% for this! He's the same person giving us 100!"). Thereafter, these funds were provided, by Harricharan, at Individual #3's direction, from TNR Holding's PNC Bank xxx-1825 account to Veintemilla and the other Haiti Assassination defendants and utilized, via various financial transactions, in furtherance of the plot to depose President Moise and install a new Haitian government. The individuals involved in the scheme knew that these transactions were designed to conceal the nature, location, source, ownership, and control of the funds. Additionally, the Defendant and his co-conspirators also knowingly engaged in these transactions with the intent to promote the carrying on of the specified unlawful activity set forth above.

During May 2021, the Defendant falsely and fraudulently solicited $40,000 from his former sister-in-law. The Defendant materially misrepresented to his sister-in-law that her $40,000 and the Defendant's own $10,000 would be utilized toward a $50,000 real estate investment with Veintemilla. As the Defendant well knew, the $50,000 would be, and was, provided to Veintemilla and the other Haiti Assassination defendants in furtherance of the plot to depose President Moise and install a new Haitian government. On May 19, 2021, Defendant's sister-in-law wired $50,000 from her BoA account to Veintemilla's Wells Fargo xxx-5086 account. Thereafter, these funds were utilized by Veintemilla and the other Haiti Assassination defendants, via various financial transactions, in furtherance of the plot to depose President Moise and install a new Haitian government.

On May 19, 2021, the Defendant and Veintemilla each signed a written agreement entitled "Memorandum of Understanding." The stated purpose was for "developing of projects in Haiti

assisted through the capital raised by Charis Equity for the purpose of regime change" by the Haiti Assassination defendants and their associated companies. The agreement noted that Charis Equity was "responsible for raising seed capital for the projects in Haiti," and that "[t]he following are the amounts raised and projected to be raised for the Haiti project: $9,000, $5,000, $20,000, $40,000, $200,000.00 and any additional subsequent amounts for said project." On May 21, 2021, Sanon, Intriago, and others traveled, via private jet, from Miami, Florida, to Haiti to execute their coup plot. The Defendant, Veintemilla, Ortiz, and Individual #3 were all present at the airport for this send-off and memorialized the occasion via photographs and video.

On May 28, 2021, Individual #2, at Individual #3's direction, utilized fraudulent PPP loan proceeds and sent a wire transfer, in the amount of $150,000, from Blackberry Fashion TD Bank xxx-7001 account to TNR Holding's PNC Bank xxx-1825 account. That same day, Veintemilla texted Individual #3: "You can just give [Individual #2] a letter instructing to w[i]re the money to this account with promissory note is from Tnr." Thereafter, between June 1, 2021, and June 10, 2021, Harricharan, at Individual #3's direction, provided these PPP proceeds via three (3) separate wire transfers to Veintemilla's Wells Fargo xxx-5086 account. The funds were utilized by Veintemilla and the other Haiti Assassination defendants, via various financial transactions, in furtherance of the plot to depose President Moise and install a new Haitian government.

Beginning on or about June 5, 2021, the remaining Colombian mercenaries arrived in Haiti. On June 7, 2021, Veintemilla sent Ortiz and Intriago a document titled "Loan Provided to Christian SANON," which detailed approximately $656,000 in expenditures from their associated U.S.-based companies on behalf of the planned coup from April 30, 2021, through June 7, 2021, and included $15,000 USD to "[Solages] for screws and nails [ammunition]," $250,000 for "100

Complete [ballistic vests]," $26,485 for travel for the Colombian mercenaries, and $200,000 for the Colombian mercenaries ("20 personal troops @ 10,000"). The document also described a separate $208,454 loan, beginning on April 1, 2021, to Sanon

On June 8, 2021, Individual #1, at Individual #3's direction, sent a wire transfer, in the amount of $32,500, from Individual #1's personal BoA xxx-8742 account to TNR Holding's PNC Bank xxx-1825 account. The next day, Harricharan, at Individual #3's direction, wired $30,000 to Veintemilla's Wells Fargo xxx-5086 account. On June 9, 2021, Individual #1, at Individual #3's direction, sent a wire transfer with EIDL loan proceeds, in the amount of $75,000, from Individual #1's business BoA xxx-7970 account to TNR Holding's PNC Bank xxx-1825 account. On June 10, 2021, Harricharan, at Individual #3's direction, wired $50,000 of these EIDL proceeds to Veintemilla's Wells Fargo xxx-5086 account. Thereafter, the funds were utilized by Veintemilla and the other Haiti Assassination defendants, via various financial transactions, in furtherance of the plot to depose President Moise and install a new Haitian government.

On June 9, 2021, Ortiz and Veintemilla sent an audio message to Solages, in which they insisted that "the plan [uprising/assassination] has to be simultaneously . . . . it can't just be hit the rat [kill President Moise], that's not how that's going to work 'cause then we are going to look horrible." That same day, another conspirator messaged Sanon confirming the unlawfully exported shipment of CTU-branded armored vests from the United States to Haiti for use by the Colombian mercenaries. Solages texted Intriago asking for 150-200 zip-tied handcuffs.

Throughout late June 2021 and early July 2021, the urgency of the Haiti Assassination defendants and their co-conspirators to remove President Moise further increased as they ran out of money, needed to pay for food, lodging, and salaries for the Colombian mercenaries, and

investors refused to contribute until the coup succeeded. The planned assassination also continued to experience false starts until July 6, 2021. That evening, Solages, the 22 Colombian mercenaries, and other co-conspirators met at a residence located near President Moise's home. Additional firearms, ammunition, and other equipment were distributed, and Solages reiterated that their mission was to kill President Moise. During the early morning of July 7, 2021, Solages, the Colombian mercenaries, and other coconspirators traveled via convoy to President Moise's residence. Once they arrived outside the residence, they exchanged gunfire with President Moise's security. Once President Moise's security and others on scene were subdued, a subset of Colombian mercenaries breached President Moise's residence, entered his upstairs bedroom, and killed him with multiple gunshots. The Colombian mercenaries also repeatedly shot and seriously wounded President Moise's wife, while their children hid in a separate room inside the house.

Upon learning of President Moise's assassination in early morning of July 7, 2021, Veintemilla promptly called and informed the Defendant "the rat is in the box."

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 3-5-2026 By: ____________________
SEAN T. McLAUGHLIN
ASSISTANT UNITED STATES ATTORNEY

Date: 3-5-26 By: ____________________
TARA KAWASS
ATTORNEY FOR DEFENDANT

Date: 3-5-26 By: ____________________
JACOB ISRAEL
DEFENDANT